# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO JOSAFHAT JACINTO RODRIGUEZ,<br><br>                                   Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, *et al.*,<br><br>                                   Respondents. | Case No. 26-cv-00693-BAS-DEB<br><br>**ORDER REQUIRING THE GOVERNMENT TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

Petitioner Antonio Josafhat Jacinto Rodriguez filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Petitioner claims that he is being detained by Immigration and Customs Enforcement in violation of the immigration laws and the Fifth Amendment. (*Id.*)

Having reviewed the Petition, the Court finds that summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false."). Therefore, the Court will order the Government to respond to the Petition. Accordingly, the Court **ORDERS** as follows:

1. The Government must file a response to the Petition no later than **February 12, 2026**. The Government's response must address the allegations in the Petition and

1  must include any documents relevant to the determination of the issues raised in the
2  Petition.
3     2.    Petitioner may file a reply in support of his Petition no later than **February**
4  **19, 2026**.
5     3.    The Clerk of Court shall provide the Civil Division of the U.S. Attorney's
6  Office with a copy of the Petition (ECF No. 1) and this Order.
7     **IT IS SO ORDERED.**

9  **DATED: February 5, 2026**

   **Hon. Cynthia Bashant, Chief Judge**
   **United States District Court**