UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO JOSAFHAT JACINTO RODRIGUEZ,<br><br>                     Petitioner,<br><br>   v.<br><br>CHRISTOPHER LAROSE, *et al.*,<br><br>                     Respondents. | Case No. 26-cv-00693-BAS-DEB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

      Petitioner Antonio Josafhat Jacinto Rodriguez filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On May 22, 2024, the Department of Homeland Security ("DHS") paroled Petitioner, a Mexican national, into the United States through the CBP One process. (*Id.* ¶ 1.) DHS released Petitioner into the United States on a Notice to Appear and ordered him to appear for all removal proceedings. (*Id.* ¶ 2.) He has followed this directive. (*Id.*)

      On May 20, 2025, at one of these immigration hearings, Immigration and Customs Enforcement ("ICE") arrested Petitioner. (*Id.*) Because of the Board of Immigration Appeals ("BIA") decision in *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025), Respondents have determined that Petitioner is subject to mandatory detention under 8

U.S.C. § 1225. (*Id.* ¶ 5.) Petitioner filed this Petition seeking a bond hearing pursuant to 8 U.S.C. § 1226(a). (*Id.*)

The Government filed a Return acknowledging "that Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF No. 4.) Petitioner filed a concurrence with this Return. (ECF No. 5.)

This Court has previously held in multiple cases that it agrees with the Central District in *Maldonado Bautista v. Santacruz*, __ F. Supp. 3d __, 2025 WL 3713982 (C.D. Cal. Dec. 18, 2025), that an individual in Petitioner's situation is not subject to mandatory detention under Section 1225. *See, e.g.*, *Gregorio v. LaRose*, No. 25-cv-03322-BAS-BJW, 2025 WL 3653998 (S.D. Cal. Dec. 17, 2025); *Zayas v. Gordon*, No. 26-cv-00237-BAS-DEB, 2026 WL 266275 (S.D. Cal. Feb. 2, 2026); *Trujillo v. Noem*, No. 26-cv-00268-BAS-VET, 2026 WL 266496 (S.D. Cal. Feb. 2, 2026). Hence, for all of the reasons stated in these previous opinions, the Court **GRANTS** the Petition.

Accordingly, the Court issues the following writ:

The Court **ORDERS** that Petitioner Antonio Josafhat Jacinto Rodriguez (A# 244-546-813) be given a bond hearing before an Immigration Judge within 14 days of the date of this Order. His bond hearing shall be governed by 8 U.S.C. § 1226(a), not § 1225(b)(2). If no bond hearing is held within that time frame, the Court **ORDERS** that Petitioner be immediately released under reasonable conditions of supervision.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

**DATED: February 17, 2026**

Hon. Cynthia Bashant, Chief Judge
United States District Court